UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. LOSSIA,

    Plaintiff,

v.

FEDERAL STUDENT AID
DEPARTMENT - DEPARTMENT OF
EDUCATION,

    Defendant.
_____/

Civil No. 23-10502
Honorable
Mag. Judge

## Notice of Removal

Defendant, U.S. Department of Education, petitioner herein, by its attorneys, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, hereby removes this action (Case No. 2022-SC22H0246-SC), which was pending in the 47th District Court for the State of Michigan from said state court to the United States District Court for the Eastern District of Michigan, Southern Division.

Plaintiff, without effecting proper service, sued petitioner in small claims court in the State of Michigan for violation of the Fair Credit Reporting Act and the "FBCA." Plaintiff improperly obtained a default judgment. This action is removable because plaintiff's claim is one against the "United States or any agency thereof or any officer . . . of the United States or of any agency thereof, sued in an

1

official or individual capacity for any act under color of such office . . ." 28 U.S.C. § 1442(a)(1).

The above-entitled action was filed against defendant in state court on or about December 15, 2022. Defendant has not been properly served but obtained a copy of the opening pleading, the Affidavit and Claim, on February 24, 2023. Copies of all process and pleadings in possession of petitioner are attached hereto. Notice of the filing of a notice of removal has also been sent to the state court.

                        Respectfully submitted,

                        Dawn N. Ison
                        United States Attorney

                        */s/ Jennifer L. Newby*
                        JENNIFER L. NEWBY (P68891)
                        Assistant United States Attorney
                        211 W. Fort Street, Suite 2001
                        Detroit, Michigan 48226
                        (313) 226-0295
                        Jennifer.Newby@usdoj.gov

Date:  March 1, 2023

## Certificate of Service

I hereby certify that on March 1, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system. I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

James A. Lossia
31750 Lakeside Drive
Farmington Hills, MI 48334

                                                   */s/ Jennifer L. Newby*
JENNIFER L. NEWBY (P68891)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0295
Jennifer.Newby@usdoj.gov

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

| | | | |
|---|---|---|---|
| 47th | **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT** | **AFFIDAVIT AND CLAIM**<br>**Small Claims** | **CASE NO. and JUDGE**<br>SC22H0246 |

**Court address**
31605 W Eleven Mile Rd, Farmington Hills, MI 48336

**Court telephone no.**
(248) 871-2900

See additional notice and instructions on page 2.

1. James A Lossia
   Plaintiff
   31750 Lakeside dr.
   Address
   Farmington Hills, MI. 48334    248-228-5000
   City, state, zip               Telephone no.

2. Federal Student Aid dept. US Dept of Education
   Defendant
   830 First St NE
   Address
   Washington, DC 20002           202-879-5276
   City, state, zip               Telephone no.

**NOTICE OF HEARING**
**For Court Use Only**

The plaintiff and the defendant must be in court on

Day: To Be Notified    Date:

at _____ at ☐ the court address above.
   Time

Location: Cert Mail
Process server's name              Fee paid: $ _____

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ☐ this court ☐ _____ Court.

It was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☑ the plaintiff or his/her guardian, conservator, or next friend.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

5. The plaintiff is  ☑ an individual.  ☐ a partnership.  ☐ a corporation.  ☐ a sole proprietor.  ☐ _____.

6. The defendant is ☐ an individual.  ☐ a partnership.  ☐ a corporation.  ☐ a sole proprietor.  ☑ Gov't Agency.

7. The date(s) the claim arose is/are _____.
   Attach separate sheets if necessary

8. Amount of money claimed is $ 6500 _____. (Note: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: The Defendant, who is a gov't agency have knowingly and willingly violated the very basic policies of the FCRA & FBCA by re-aging my Student loans from 2012-2015 to Feb, 2019. Defendant has also willingly provided false information to Experian, TransUnion and Equifax dropng my credit score by 100pts. causing me great financial harm.

Claim took place in Farmington Hills giving this court Jurisdiction

10. The plaintiff understands and accepts that the claim is limited to $6,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

---

Approved, SCAO
Form DC 84, Rev. 6/22
MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 3931
Page 1 of 2

**Form Instructions**

Distribute form to:
Court (with instructions)
Defendant (with instructions)
Plaintiff (with instructions)
Return (with proof of service)

Affidavit and Claim, Small Claims   (6/22)  
Page 2 of 2

Case No. __SC22H0246__

11. I believe the defendant ☑ is  ☐ is not   mentally competent. I believe the defendant ☐ is  ☐ is not   18 years or older.

12. ☐ I do not know whether the defendant is in the military service.   ☑ The defendant is not in the military service.
    ☐ The defendant is in the military service.

_____  
Signature

Subscribed and sworn to before me on __12/15/22__  
Date

_____  
Deputy clerk/Notary public signature

My commission expires on _____ .

_____  
Name (type or print)

Notary public, State of Michigan, County of _____ . ☐ Acting in the County of _____ .  
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

## ADDITIONAL NOTICE AND INSTRUCTIONS

### TO BOTH THE PLAINTIFF AND THE DEFENDANT:

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to

    1. **remove the case to the general civil division of the district court,** or

    2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

### TO THE DEFENDANT:

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.

## Case Details

Additional Resources ▼

**Case ID**
2022-SC22H0246-SC

**Court Location**
47th District Court - Farmington Hills

**Case Entitlement**
LOSSIA V FEDERAL STUDENT AID DEPT-DEPT OF ED

**Judge of Record**
FRIEDRICH,MATTHEW M.,

**Date Filed**
12/15/2022

**Case Status**
CLOSED

**Balance**

## Parties (2)

**Party Name**
LOSSIA/JAMES/

**Party Type/Number**
PLAINTIFF - 1

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**

**Disposition Date**

**Party Name**
FEDERAL STUDENT AID DEPT-DEPT OF ED//

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**
JUDGMENT ENTERED BY DEFAULT

**Disposition Date**
02/14/2023

## Bonds (0)

## Hearings (0)

## Events (10)

**Event Date**
02/14/2023

**Description**
JUDGMENT ENTERED BY DEFAULT

| Party/Count | Amount | Clerk |
|---|---|---|
| D1 | $6,578.00 | GM |

**Description**
JUDGMENT ISSUED SMALL CLAIMS

**Party/Count** | | **Clerk**

| | | |
|---|---|---|
| D1 | | GM |

| Event Date |
|---|
| 02/08/2023 |

| Description |
|---|
| EXHIBITS FILED |

| Party/Count | Receipt No./Date/Judge | Clerk |
|---|---|---|
| P1 | 1-65 | GM |

| Event Date |
|---|
| 01/05/2023 |

| Description |
|---|
| REVIEW ADJOURNED CERTIFIED MAIL - |

| Party/Count | Clerk |
|---|---|
| D1 | LM |

| Description |
|---|
| PRE-TRIAL SCHEDULED SMALL CLAIMS |

| Party/Count | Clerk |
|---|---|
| ALL | LM |

| Description |
|---|
| NOTICE ISSUED TO APPEAR |

| Party/Count | Clerk |
|---|---|
| ALL | LM |

| Description |
|---|
| NOTICE MAILED |

| Party/Count | Receipt No./Date/Judge | Clerk |
|---|---|---|
| ALL | ZOOM | LM |

| Event Date |
|---|
| 12/15/2022 |

| Description |
|---|
| AFFDV & CLM FILED |

| Party/Count | Amount | Clerk |
|---|---|---|
| P1 | $6,500.00 | GM |

| Description |
|---|
| AFFDV & CLM ISSUED |

| Party/Count | Receipt No./Date/Judge | Clerk |
|---|---|---|
| D1 | CERT | GM |

| Description |
|---|
| REVIEW SCHEDULED CERTIFIED MAIL - |

| Party/Count | Clerk |
|---|---|
| D1 | GM |

## Garnishments (0)